**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Stephanie P. Foote, SBN 311548
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. 2:18-cv-01059-WBS-KJN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| CITY OF LINCOLN, | Complaint Filed: 04/27/18 |
| Defendant. | Amended Complaint Filed: 06/15/2017 |
| _____/ | |

This Stipulation is entered into by and between Plaintiff BYRON CHAPMAN ("Plaintiff") and Defendant CITY OF LINCOLN ("Defendant") through their respective counsel of record. The Parties have conferred and agree to continue the current deadline of July 9, 2018 to respond to Plaintiff's Amended Complaint to August 7, 2018 for the purpose of further meet and confer discussions on whether another pending cause of action, 2:17-cv-00123-MCE-EFB, between the parties, seeks substantially similar injunctive relief, such that it constitutes another action pending, and warrants a stay or dismissal of this action. (*see Adams v. Cal. Dep't of Health Servs.,* 487 F.3d 684, 688 (9th Cir. 2007) (overruled on other grounds by *Taylor v. Sturgell*, 553 U.S. 880, 904 (2008)); *Colorado River Water Conservation Dist. v. U.S.*, 424 U.S. 800 (1976); *Landis v. North American Co.*, 299 U.S. 248 (1936); *Walton v. Eaton Corp.*, 536 F.2d 66 (3d. Cir. 1977).)

{01852554.DOCX}   1
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

This is the first stipulation for an extension of time between the parties and does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

**IT IS SO STIPULATED.**

Date: July 10, 2018     PORTER SCOTT
                        A PROFESSIONAL CORPORATION

                        By:   /s/ Stephan E. Horan_____
                              Stephen E. Horan
                              Stephanie P. Foote
                              Attorneys for Defendant
                              CITY OF LINCOLN

Dated: July 10, 2018    THOMAS E. FRANKOVICH
                        A PROFESSIONAL LAW CORPORATION

                        By:   /s/ Amanda Lockhart_____
                              Thomas E. Frankovich
                              Amanda Lockhart
                              Attorneys for Plaintiff,
                              BYRON CHAPMAN

**ORDER**

**IT IS SO ORDERED AND AGREED.**

Based upon the Stipulation of the parties, and good cause shown, the current deadline of July 9, 2018 to file a responsive pleading to Plaintiff's Complaint is extended to August 7, 2018.

Dated: July 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706