**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Stephanie P. Foote, SBN 311548
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LINCOLN,<br><br>    Defendant.<br>_____ / | **CASE NO.** 2:17-cv-00123-MCE-EFB<br>**Related Cases:** 2:15-cv-002326-MCE-EFB<br>    2:15-cv-00270-MCE-EFB<br>    2:17-cv-001234-MCE-EFB<br>    2:18-cv-01059-MCE-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Complaint Filed: 06/14/2017 |

This Stipulation is entered into by and between Plaintiff BYRON CHAPMAN ("Plaintiff") and Defendant CITY OF LINCOLN ("Defendant") through their respective counsel of record. The Parties have conferred and agree to continue the current deadline of October 11, 2018 to file all dispositional documents to November 13, 2018.[1] The parties have good cause to request this extension as they are still currently working on resolving the issue regarding the playground material used at Joiner Park, and as such need additional time to file the dispositional documents.

\\\

---

[1] This also includes extending Defendant's deadline to issue tender the settlement payment to November 13, 2018.

{01904069.DOCX} 1
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS**

**IT IS SO STIPULATED AND AGREED.**

Dated: October 10, 2018	THOMAS E. FRANKOVICH
	A PROFESSIONAL LAW CORPORATION

	By:   */s/ Thomas Frankovich*
	       Thomas E. Frankovich
	       Attorney for Plaintiff,
	       BYRON CHAPMAN

Date: October 15, 2018	PORTER SCOTT
	A PROFESSIONAL CORPORATION

	By:   */s/ Stephanie P. Foote*
	       Stephen E. Horan
	       Stephanie P. Foote
	       Attorneys for Defendant
	       CITY OF LINCOLN

# ORDER

**IT IS SO ORDERED AND AGREED.**

Based upon the Stipulation of the parties, and good cause shown, the current deadline of October 11, 2018 to file all dispositional documents is extended to November 13, 2018.

Dated: October 15, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706