**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Stephanie P. Foote SBN 311548
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | **CASE NO.** 2:18-cv-01059-MCE-EFB |
| Plaintiff, | **Related Cases:** 2:17-cv-00123-MCE-EFB |
| v. | 2:17-cv-001234-MCE-EFB |
| CITY OF LINCOLN, | **JOINT STIPULATION FOR DISMISSAL AND ORDER** |
| Defendant. | |
| | Complaint Filed: 04/27/18 |
| | Amended Complaint Filed: 06/15/18 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON CHAPMAN and Defendant CITY OF LINCOLN through the undersigned, that this action be dismissed, with prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///
///
///

{01921601.DOCX}  1
**JOINT STIPULATION FOR DISMISSAL AND ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

Dated: November 28, 2018               THE FRANKOVICH GROUP

                                       By  */s/ Thomas E. Frankovich* (approved 11/26/18)
                                           Thomas E. Frankovich
                                           Attorney for Plaintiff BYRON
                                           CHAPMAN

Dated: November 28, 2018               PORTER SCOTT
                                       A PROFESSIONAL CORPORATION

                                       By  */s/ Stephen E. Horan*
                                           Stephen E. Horan
                                           Stephanie P. Foote
                                           Attorneys for Defendant CITY OF
                                           LINCOLN

## ORDER

In accordance with the parties' stipulation pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and good cause appearing, this action is ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{01921601.DOCX}                          2
**JOINT STIPULATION FOR DISMISSAL AND ORDER**